UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| QUICKVAULT, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>BROADCOM INC., d/b/a BROADCOM CORPORATION,<br><br>        Defendant. | Case No.: 1:24-cv-00864<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. Rule 7.1, the undersigned counsel of record for Plaintiff Quickvault, Inc. states that it is a Georgia Corporation and no publicly held corporation owns 10% or more interest thereof.

DATED this 1st day of August, 2024.

                              RESPECTFULLY SUBMITTED,

By:   */s/Artoush Ohanian*_____
       Texas State Bar No. 24013260
       H. Artoush Ohanian
       OhanianIP
       604 West 13th Street
       Austin, Texas 78701
       Phone:  (512) 298-2005
       Email:  artoush@ohanianip.com

-and-

Steven G. Hill
Georgia Bar No. 354658
*Pro Hac Vice pending*
David K. Ludwig
Connecticut Bar No. 43510
*Pro Hac Vice pending*
Hill, Kertscher & Wharton, LLP
3625 Cumberland Blvd., SE
Suite 1050
Atlanta, Georgia 30339-6406
Tel.: (770) 953-0995

Email:  sgh@hkw-law.com
Email:  dludwig@hkw-law.com

***Counsel for Plaintiff QuickVault, Inc.***