**Steven G. Hill**

GA Bar Number: **354658**

Has been admitted to the following Courts:

| Court: | Date: | Status: |
|---|---|---|
| Georgia State/Superior | 11/22/1994 | Active |
| Georgia Supreme Court | 05/31/1995 | Active |
| USDC – Northern District of Georgia | 05/31/1995 | Active |
| USDC – Middle District of Georgia | 12/20/1996 | Active |
| USDC – Eastern District of Texas | 02/14/2008 | Active |
| USDC – Western District of Michigan | 11/21/2019 | Active |
| USCA – 6th Circuit | 04/19/2010 | Active |
| USCA – 9th Circuit | 1999 | Active |
| USCA – 10th Circuit | 2001 | Active |
| USCA – 11th Circuit | 06/28/1995 | Active |
| USCA – Federal Circuit | 09/19/2001 | Active |