# ATTORNEY COURT ADMISSION LIST

ATTORNEY: **David K. Ludwig**

<u>BAR NUMBERS:</u>
CONNECTICUT Bar Number: **435310**
Federal Bar Number: **CT29594**

Has been admitted to the following Courts:

| <u>Court:</u> | <u>Date:</u> | <u>Status:</u> |
|---|---|---|
| Connecticut State/Superior | 11/08/2013 | Active |
| USDC –District of Connecticut | 09/08/2014 | Active |
| USDC - Northern District of Georgia | 02/14`/2024 | Active |
| U.S. Court of Appeals for Federal Circuit | 09/19/2014 | Active |
| U.S. Court of Appeals for 2nd Circuit | 02/14/2020 | Active |