IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| QUICKVAULT, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-864-DII |
| | § | |
| BROADCOM INC., *d/b/a* BROADCOM CORPORATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court are two Motions For Admission *Pro Hac Vice*. (Dkts. 6, 7). By way of the motions, Henry Ohanian, counsel for Plaintiff QuickVault, Inc. ("Plaintiff"), seeks leave for co-counsel Steven G. Hill ("Hill") and David K. Ludwig ("Ludwig") to appear on behalf of Plaintiff *pro hac vice* in this action.

The Court notes that Hill is or has been an attorney in 14 other cases in this district and Ludwig is or has been an attorney in 6 other cases in this district. While the Court permits attorneys to appear *pro hac vice* with permission, such an appearance is intended to be the exception, not the norm, in representing a party in this court. *See* Local Rule AT-1(f) ("an attorney is ordinarily required to apply for admission to the bar of this court").

The Court will **GRANT** the Motions For Admission *Pro Hac Vice*. (Dkts. 6, 7). Hill and Ludwig may appear on behalf of Plaintiff in the above case. Any additional motions seeking leave for Hill and Ludwig to appear *pro hac vice* in this Court will likely not be granted, absent additional explanation or extraordinary circumstances.

**IT IS FURTHER ORDERED** that Hill and Ludwig, if they have not already done so, shall, in compliance with Local Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

1

**IT IS FURTHER ORDERED** that Hill and Ludwig, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FURTHER ORDERED** that Hill and Ludwig's *pro hac vice* status shall not become effective until they have complied with all provisions of this Order.

**SIGNED** on August 1, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE