UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| QUICKVAULT, INC.,<br><br>  Plaintiff,<br>v.<br><br>BROADCOM INC.,<br><br>  Defendant. | C.A. No. 1:24-cv-00864-DII<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF PAIGE ARNETTE AMSTUTZ ON BEHALF OF DEFENDANT BROADCOM INC.

TO THE HONORABLE COURT:

Defendant Broadcom Inc. files this Notice of Appearance and hereby notifies the Court that the following attorney has entered this action as its counsel:

Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX  78701
Telephone:  (512) 495-6300
Facsimile:  (512) 495-6399
pamstutz@scottdoug.com

Ms. Amstutz requests that her appearance for Defendant be reflected on the Court's docket and that all future pleadings, Orders and other papers be served on her.

Dated:  August 16, 2024.

4877-0037-6537

Respectfully submitted,

/s/ *Paige Arnette Amstutz*
Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
pamstutz@scottdoug.com

*Attorney for Defendant Broadcom Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 16, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ *Paige Arnette Amstutz*
Paige Arnette Amstutz

4877-0037-6537