UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| QUICKVAULT, INC.,<br><br>Plaintiff,<br>v.<br><br>BROADCOM INC.,<br><br>Defendant. | C.A. No. 1:24-cv-00864-DII<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT BROADCOM INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Broadcom Inc. ("Broadcom") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff QuickVault, Inc.'s Complaint for Patent Infringement. In support of its Motion, Broadcom states as follows:

1. On August 1, 2024, Plaintiff QuickVault, Inc. ("Plaintiff") filed a complaint for alleged patent infringement against Broadcom.

2. Broadcom's response to the Complaint is currently due on August 23, 2024.

3. Broadcom seeks an extension of 45 days to answer or otherwise respond to the Complaint, up to and including October 7, 2024.

4. This Motion is not brought for the purpose of delay. Rather, this extension is necessary because Broadcom recently retained counsel and, as a result, needs additional time to answer or otherwise respond to the Complaint.

5. Counsel for Broadcom has conferred with counsel for Plaintiff, and counsel for Plaintiff has indicated Plaintiff is unopposed to this Motion.

4876-0371-0425

DATED: August 16, 2024

          Respectfully submitted:

          */s/ Paige Arnette Amstutz*
          Paige Arnette Amstutz
          Texas State Bar No. 00796136
          SCOTT, DOUGLASS & MCCONNICO, LLP
          303 Colorado Street, Suite 2400
          Austin, TX 78701
          Telephone: (512) 495-6300
          Facsimile: (512) 495-6399
          pamstutz@scottdoug.com

          *Attorney for Defendant Broadcom Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Broadcom Inc. conferred with Plaintiff's counsel and confirmed that the requested relief is unopposed.

          */s/ Paige Arnette Amstutz*
          Paige Arnette Amstutz

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on August 16, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

          */s/ Paige Arnette Amstutz*
          Paige Arnette Amstutz

4876-0371-0425