UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| QUICKVAULT, INC.,<br><br>Plaintiff,<br>v.<br><br>BROADCOM INC.,<br><br>Defendant. | C.A. No. 1:24-cv-00864-DII<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

BEFORE THE COURT is the Unopposed Motion for Extension of Time for Defendant Broadcom Inc. to Answer or Otherwise Respond (the "Unopposed Motion"). The Court has considered the Unopposed Motion and finds that it should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendant Broadcom Inc. to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement is extended until October 7, 2024.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

4861-3321-3913