**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**QUICKVAULT, INC.**

**-vs-**                                      Case No.:    **1:24-cv-00864-DII**

**BROADCOM INC.**

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____ **Russell A. Korn** _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas *pro hac vice* to represent _____ **Broadcom Inc.** _____ in this case, and would

respectfully show the Court as follows:

1.     Applicant is an attorney and a member of the law firm (or practices under the name of)

       **Kilpatrick Townsend & Stockton LLP**                                            ,

       with offices at

       Mailing address:        **1100 Peachtree Street NE, Suite 2800**

       City, State, Zip Code:       **Atlanta, GA 30309-4528**

       Telephone:          **404-745-2552**

       Facsimile:          **404-393-6548**

       Email:          **rkorn@ktslaw.com**

2.      Since _____ **Nov. 15, 2002** ⊞ _____, Applicant has been and presently is a member of and in

good  standing  with  the  Bar  of  the  State  of _____ **Georgia** _____ ⊞ .

Applicant's bar license number is _____ **428492** _____.

3.      Applicant has been admitted to practice before the following courts:

Court:                                                  Admission date:

**See attached.**

_____                  _____

_____                  _____

_____                  _____

_____                  _____

4.      Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

**N/A**

_____

5.      Applicant  has  never  been  subject  to  grievance  proceedings  or  involuntary  removal

proceedings while a member of the bar of any state or federal court, except as provided

below:

**N/A**

_____

6.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

**N/A**

_____

7.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.      Select one:

☐         Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑         Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

| Co-counsel: | **Paige Arnette Amstutz; Scott Douglass & McConnico,** |
| Mailing address: | **303 Colorado Street, Suite 2400** |
| City, State, Zip Code: | **Austin, TX 78701** |
| Telephone: | **512-495-6300** |

9.      Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.     Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**Russell A. Korn**_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____
                              **Russell A. Korn**
[printed name of Applicant]

_____
[signature of Applicant]


CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __**27th**__ day of _____**September**_____, ____**2024**____.

_____
                              **Russell A. Korn**
[printed name of Applicant]

_____
[signature of Applicant]

- 4 -

**LIST OF COURT ADMISSIONS FOR RUSSELL A. KORN:**

- USPTO (admitted  2003)

- George state courts
    - Georgia Superior Court (admitted November 15, 2002)
    - Georgia Court of Appeals (admitted January 17, 2006)
    - Supreme Court of Georgia (admitted January 17, 2006)

- U.S. district courts
    - Northern District of Georgia (admitted July 28, 2003)
    - Middle District of Georgia (admitted February 26, 2004)

- U.S. appellate courts
    - U.S. Court of Appeals for the Federal Circuit (admitted 2004)
    - U.S. Court of Appeals for the Eleventh Circuit (admitted February 17, 2005)