UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| QUICKVAULT, INC., <br><br> Plaintiff, <br> v. <br><br> BROADCOM INC., <br><br> Defendant. | C.A. No. 1:24-cv-00864 <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF RYAN D. PHILLIPS
## IN SUPPORT OF BROADCOM INC.'S MOTION TO DISMISS

1. I, Ryan D. Phillips, am Director and Managing IP Counsel at Broadcom Inc. I am over the age of 18 and have actual knowledge of the statements made herein and could and would testify to said facts if called to do so in a court of law.

2. Broadcom Inc. is incorporated in Delaware, and its principal place of business is in California. Broadcom Inc. is a holding company, which serves as a direct and indirect parent company for its subsidiaries. Each of those subsidiaries maintains its own independent corporate, partnership, or limited liability company status, identity, and structure. As a holding company, Broadcom Inc. does not itself manufacture, sell, offer for sale, export, import, or otherwise distribute any Broadcom products.

3. Broadcom Inc. is not registered nor licensed to do business in Texas. Broadcom Inc. does not have any physical presence in the Western District of Texas ("WDTX"). Broadcom Inc. does not own or lease any real estate in the WDTX. Broadcom Inc. does not possess or control any physical place in the WDTX. Broadcom Inc. does not own or control shelf space in the

WDTX. Broadcom, Inc. does not employ anyone in the WDTX. Broadcom Inc. does not have any registered agent in Texas.

4. Plaintiff QuickVault, Inc. ("QuickVault") alleges in Paragraph 14 of the Complaint that Broadcom Inc. has "a regular and established place of business in this District" at "an office complex located at 6500 River Place Boulevard, Austin, Texas 78730, which on information and belief, has roughly 1800 employees." The office complex located at that address is not a place of business of Broadcom Inc.

5. VMware LLC is a subsidiary of Broadcom Inc., incorporated in Delaware, with its principal place of business in California. Unlike Broadcom Inc., VMware LLC is registered to do business in Texas. VMware LLC has leased the office space located at 6500 River Place Boulevard, Austin, Texas 78730, for more than ten years, including through the present.

6. Broadcom Corporation is another subsidiary of Broadcom Inc., incorporated in California, with its principal place of business is in California. Unlike Broadcom Inc., Broadcom Corporation is registered to do business in Texas. Broadcom Corporation previously leased office space located at 2901 Via Fortuna, Austin, Texas 78756. Broadcom Corporation has since transferred its place of business in Austin, Texas, to the office complex leased by VMware LLC at 6500 River Place Boulevard, Austin, Texas 78730.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge. Executed on September 24th, 2024 in Arapahoe County, Colorado.

Ryan D. Phillips
Director and Managing IP Counsel at Broadcom Inc.