# EXHIBIT A





# Franchise Tax Account Status
As of : 08/20/2024 14:12:13

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| BROADCOM, INC. | |
|---|---|
| Texas Taxpayer Number | 32069847179 |
| Mailing Address | 1320 RIDDER PARK DR SAN JOSE, CA 95131-2313 |
| ❓ Right to Transact Business in Texas | FRANCHISE TAX ENDED |
| State of Formation | DE |
| Effective SOS Registration Date | Not Registered |
| Texas SOS File Number | Not Registered |
| Registered Agent Name | Not on file |
| Registered Office Street Address | |