# EXHIBIT C





# Franchise Tax Account Status

As of : 08/21/2024 09:26:02

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| BROADCOM CORPORATION DBA BROADCOM CORPORATION ||
|---|---|
| Texas Taxpayer Number | 13304804829 |
| Mailing Address | 3421 HILLVIEW AVE PALO ALTO, CA 94304-1320 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | CA |
| Effective SOS Registration Date | 03/31/2010 |
| Texas SOS File Number | 0801250849 |
| Registered Agent Name | CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO |
| Registered Office Street Address | 211 E. 7TH STREET SUITE 620 AUSTIN, TX 78701 |