# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| QUICKVAULT, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROADCOM CORPORATION, <br><br> Defendant. | Case No.: 1:24-cv-00864-DII <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL
## DEADLINES AND NOTICE OF SETTLEMENT

The parties hereby notify the Court that they have reached an agreement in principle to settle all matters in controversy between the parties. The parties therefore respectfully request that all deadlines be stayed for sixty (60) days to allow the parties to finalize their agreement and to file an appropriate dismissal with the Court.

If, at the end of the sixty-day stay, the parties have not finalized their agreement and filed an appropriate dismissal, then the parties will submit a Joint Status Report to the Court.

RESPECTFULLY SUBMITTED,

By: */s/ H. Artoush Ohanian*  
H. Artoush Ohanian  
Texas State Bar No. 24013260  
OHANIANIP  
604 West 13th Street  
Austin, Texas 78701  
Phone: (512) 298-2005  
Email: artoush@ohanianip.com  

Steven G. Hill  
Georgia Bar No. 354658  
*Pro Hac Vice*  
David K. Ludwig  
Georgia Bar No. 616971  

By: */s/ Paige Arnette Amstutz*  
Paige Arnette Amstutz  
Texas State Bar No. 00796136  
SCOTT, DOUGLASS & MCCONNICO, LLP  
303 Colorado Street, Suite 2400  
Austin, TX 78701  
Telephone: (512) 495-6300  
Facsimile: (512) 495-6399  
pamstutz@scottdoug.com  

Russell A. Korn (admitted *pro hac vice*)  
Joshua H. Lee (admitted *pro hac vice*)  
KILPATRICK TOWNSEND & STOCKTON LLP  
1100 Peachtree Street NE, Ste. 2800

*Pro Hac Vice*
Hill, Kertscher & Wharton, LLP
3625 Cumberland Blvd., SE
Suite 1050
Atlanta, Georgia 30339-6406
Tel.: (770) 953-0995
Email: sgh@hkw-law.com
Email: dludwig@hkw-law.com

*Attorneys for Plaintiff
QuickVault, Inc.*

Atlanta, GA 30309-4528
Telephone: 404 815 6500
Facsimile: 404 815 6555
rkorn@ktslaw.com
jlee@ktslaw.com

*Attorneys for Defendant Broadcom Corporation*

DATED this 1st day of November, 2024.

## CERTIFICATE OF SERVICE

    I hereby certify on this 1st day of November, 2024, I caused the foregoing document to be electronically filed with the Clerk of Court using the Court's CM/ECF system.  As such, this document was served on all counsel who are deemed to have consented to electronic service.

*/s/ H. Artoush Ohanian*
H. Artoush Ohanian
