UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| QUICKVAULT, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BROADCOM CORPORATION,<br><br>　　　　　　Defendant. | Case No.: 1:24-cv-00864-DII<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

The Court, having considered the parties' Joint Motion to Stay All Deadlines and Notice of Settlement, finds that it is meritorious and that it should be GRANTED.

IT IS, THEREFORE, ORDERED that all deadlines and court settings in this action are stayed for sixty (60) days from the date of this Order.

IT IS FURTHER ORDERED that, if the parties have not finalized an agreement and filed an appropriate dismissal by the end of the sixty-day stay, then the parties will submit a Joint Status Report to the Court.

Signed this _____ day of _____, 2024.

_____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT COURT JUDGE